United States Court of Appeals for THE THIRD CIRCUIT

DeShawn Drumgo
V Plaintiff/Appellant

CA NO. 22-2771

SGT. William Kuschel

Motion for Appointment of Counsel & NOTICE

1. I the Plaintiff DeShawn D. Drumgo sr, Requests this Court to appoint counsel to represent him in this case for the following Reasons;

A. the Plaintiff is Unable to afford Counsel

B. the issues involved in this case are complex.

C. The Plaintiff is Currently in Segregation & or Islotion.

D. the Plaintiff has limited Access to the Law library.

E. the Plaintiff Drumgo has wrote Attorney John F Mizner On the Arrival of this Decision forwarded by Previous Counsel.

F. The Plaintiff has limited knowledge About Appealing And or filing for Rehearing & EN Banc

* G. The Plaintiff is Unable to recieve legal mail from the Third Circuit Court of Appeal's Directly?

H. the Plaintiff is Indigent.

Where Fore. This Honorable Court should appoint counsel to represent the Plaintiff.

Respectfully submitted
D. Drumgo #NC1640
2.19.24

6D1008

## Unacceptable Correspondence Form

| **Inmate Name:** | DESHAWN DRUMGO | **Inmate Number:** | NC1640 |
|---|---|---|---|
| **Date:** | 1/29/24 | **SCI/Housing Unit:** | GD HUN |

***Sender's Name and Address***: UNITED STATE COURT OF APPEALS
601 MARKET ST
PHILA PA 19106

### Return to Sender

☑ Your correspondence has been Returned to Sender for the following reason:

| | |
|---|---|
| ☐ Non-privileged – incorrectly sent to Institution | ☐ No return address |
| ☐ Has postage due | ☐ Other: |
| ☑ Privileged mail that has incorrect coding | |

**Returned to Sender By:** DES

### Confiscation

☐ Your correspondence has been confiscated. Indicate your preference of disposition and return form. Confiscated Items will be destroyed if a response is not received within 15 days.

**Destroy:** ☐ Yes ☐ No **Inmate's Signature**:

**Return at your expense:** Attach an addressed envelope/cash slip and return this form.

Reason for Confiscation:

| | | | |
|---|---|---|---|
| ☐ | No return address | ☐ | Contains copyright material |
| ☐ | Contains personal checks, cash, or money orders | ☐ | Contains unauthorized correspondence between inmates in other institutions or third-party correspondence |
| ☐ | Contains a driver's license, birth certificate, or other identity-related documentation that should have been sent to the Business Office | ☐ | Contains photographs that violate the Department's permitted content policy. |
| ☐ | Contains unapproved tapes, CDs or videos | ☐ | Contains more than 25 photographs |
| ☐ | Contains UCC/Sovereign Citizen material | ☐ | Other: |
| **Confiscated By:** | DES | **Date item shipped:** | |

**Reason for Confiscation continued:** REJECTED FOR INVALID COURT CONTROL NUMBER REF#827447

<u>If you DO wish to appeal:</u>

The inmate has 15 working days from the date on the Unacceptable Correspondence Form to notify the Facility Manager in writing, in accordance with the **DC-ADM 804**, and the sender has 15 working days to appeal, in writing, to the Facility Manager, which for the sender constitutes the only level of appeal. (See www.cor.pa.gov) The mailroom officer will hold the confiscated items until the appeal process is completed.

<u>If you DO NOT wish to appeal:</u>

The inmate has the option to forward a cash slip with an addressed envelope to the mailroom within 15 working days from the date of this decision to have the confiscated items mailed out of the facility or it will be destroyed. Material that cannot be legally mailed will be destroyed.

cc: Facility Manager
Security Office

**Certificate of Service**

I, De-Shawn Drumgo, hereby certify that I have served a true and correct copy(ies) of the attached Motion of Ext, Appointment of Counsel Affidavit, And Memorandum upon the following parties/persons:

To: U.S. CA
21400 U.S. Courthouse
601 Market St
Philadelphia, PA
19106

To: Attorney General
15 Strawberry Square
Harrisburg, PA
17101

To:

To:

**BY PLACING SAME IN A SEALED ENVELOPE**, and depositing same in the United States Mail at

On this 19 day of Feb, 2024

[signature]

Smart Communication/PADoc
S.C.I-Huntingdon
De-Shawn Drumgo SR
EWC1640
P.O. Box 33028
St. Petersburg, FL
33733

JOHNSTOWN PA 159
FEB 2024 PM 1 T

FOREVER USA

Barn Swallow

Office of the Clerk
United States Court of Appeals
For the 3rd Circuit
21400 U.S. Courthouse
601 Market street
Philadelphia, PA
19106

RECEIVED
FEB 26 2024
U.S.C.A. 3rd. CIR

"Inmate Mail - PA DEPT. OF CORRECTIONS"

19106$1729


© USPS 2016
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
FSC
MIX
Envelope
FSC® C137131