# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| DESHAWN DRUMGO, | ) |
| Appellant, | ) ) ) |
| v. | )  Dkt. No. 22-2771 |
| WILLIAM KUSCHEL, | ) ) ) |
| Appellee. | ) ) |

## NOTICE OF WITHDRAWAL OF KATE ROGGIO BUCK

**PLEASE TAKE NOTICE** that pursuant to 3d Cir. L.A.R. 35.4, any duty of counsel has been fully discharged. As an administrative matter, the undersigned hereby withdraws her appearance as counsel for Appellant DeShawn Drumgo in the above-referenced action.

DATED: March 20, 2024

**McCARTER & ENGLISH, LLP**

*/s/ Kate Roggio Buck*
Kate Roggio Buck (DE # 5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
*kbuck@mccarter.com*

ME1 47898099v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2024, a copy of the foregoing Notice of Withdrawal was filed electronically and served upon all counsel of record via the Court's ECF system. In addition, a copy of the Notice of Withdrawal was served via first class mail on:

> DeShawn Drumgo
> Howard R. Correctional Institution
> 1301 E. 12th Street
> P. O. Box 9561
> Wilmington, DE 19809

*/s/ Kate Roggio Buck*
Kate Roggio Buck (DE # 5140)