United States Court of Appeals for the Third Circuit

Drumgo

    V

Sgt Kuschel et al



CA No. 22-2771
D. Del. No. 1-14-cv-01135



RECEIVED
JUN 24 2024
U.S.C.A. 3rd. CIR

Petition for Rehearing

1. the Plaintiff is A Pro se litigant.

2. The Third Ciruit Court has Committed Error in Allowing The District Court to override The Juries Verdict.

When clearly this Same Court Said Not Once But Twice That Drumgo Did Not Deserve A trial However the Third circuit Court of Appeals felt Differently To Allow the District court A Third shot in Destroying the Plaintiff's Drumgo's Case is NOT only A Conflict of interest but ALSO HIGHLY Prejudicial in No other Case law Have the Plaintiff Found that has Allowed The Lower Court 3 different times to Dismantle And or Destroy A case!

3. This Case is Ripe for Writ of Certiorari if the Third circuit Court fails to Review And Repair the 3rd foul.

4. This Foul is so Egregious that it should be reversed And remanded.

5. the Plaintiff Understands that their is No Precedent set for the circumstances of this Case the Plaintiff Pray's this will become New Precedent for such circumstance.

The Plaintiff Respectfully ReQuest's that this Matter Reversed, Remanded And Vacated

June 15th, 2024

**Certificate of Service**

I, _De-Shawn Drumgo_, hereby certify that I have served a true

and correct copy(ies) of the attached _Motion or Petition for_

_Rehearing_ _____ upon the following parties/persons:

To: _Third Circuit Court_          To: _Attorney General_
_Of Appeals_                       _820 N. French ct_
_21400 U.S. Courthouse_            _Wilm, DE 1980_
_601 Market st_                    _____
_Phila, PA 19106_                  _____

To: _____                To: _____

_____                    _____

_____                    _____

_____                    _____

**BY PLACING SAME IN A SEALED ENVELOPE,** and depositing same
in the United States Mail at

On this _15th_ day of _June_ , 20 _24_

_____

Le-Shawn Drumgo
#365566
Howard R. Young Corr Inst Unit
Gander Hill
P.O. Box 9561
Wilmington, DE
19809

Office of the Clerk
United States Court of Appeals
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

JUN 2 4 2024

"Inmate Mail -

1 0681725