UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2771

DESHAWN DRUMGO,
Appellant

v.

SGT. WILLIAM KUSCHEL

(D. Del. No. 1-14-cv-01135)
_____

SUR PETITION FOR REHEARING
_____

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, ROTH,* and AMBRO,* Circuit Judges

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is DENIED.

                                              BY THE COURT

                                              s/ Kent A. Jordan
                                              Circuit Judge

DATED: July 11, 2024
JK/cc: All Counsel of Record
_____
    *Judge Roth's and Judge Ambro's vote is limited to panel rehearing only.